IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VINCENT LAMPKIN,** | : |
| **Petitioner,** | : |
| vs. | : Civil Action No.2:11-00138-KD-B |
| **JAMES MULLINS,** | : |
| **Respondent.** | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is dismissed as time-barred.

**DONE** this 21st day of August, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE